**1649 JONES vs. BOARD OF EDUCATION** (Detroit), No. 12289, 88 M., 371.

To compel the board to continue the use of certain text books. Granted November 13, 1891, with costs.

Peremptory writ issued January 11, 1893.

**1649¼ BISHOP vs. LAMBERT** (Mayor, Wyandotte), No. 16358, 4 D. L. N.. 501; 72 N. W., 35. (Certiorari to Wayne.)

To compel respondent to rescind his action declaring a motion, made in the common council, carried.

The circuit judge denied the writ. Affirmed July 22, 1897.